IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR262 |
| vs. | ) | AMENDED ORDER |
| JOSHUA FINKEN and JAMES GRAVES, | ) | |
| Defendants. | ) | |

This matter is before the court on defendant, James Graves' Unopposed Motion to Continue Trial [32] and defendant, Joshua Finken's Unopposed Motion to Continue Trial [33]. Counsel for both defendants require additional time to finalize plea negotiations and/or paperwork.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motions to Continue Trial [32] and [33] are granted, as follows:

1. The jury trial now set for April 3, 2023, is continued to **May 30, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 30, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  March 27, 2023.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**