IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR262 |
| vs. | |
| JOSHUA FINKEN, | **ORDER** |
| Defendant. | |

On June 29, 2023 the court held a hearing on the motion of Deborah D. Cunningham to withdraw as counsel for the defendant, Joshua Finken (Filing No. 47). Deborah D. Cunningham represents that there is an irreparable breakdown in the attorney-client relationship. After inquiry of the defendant and his counsel, the court granted Deborah D. Cunningham's motion to withdraw (Filing no. 47).

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

Michael J. Hansen, Federal Public Defender's Office, 222 South 15th Street, Suite 300N, One Central Park Plaza, Omaha, Nebraska 68102, (402) 221-7896, is appointed to represent Joshua Finken for the balance of these proceedings pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

The U.S. Attorney's Office shall forthwith provide Michael J. Hansen any discovery materials provided to the defendant by the government and any such other materials obtained by Deborah D. Cunningham which are material to Joshua Finken's defense.

The clerk shall provide a copy of this order to Michael J. Hansen and the defendant.

**IT IS SO ORDERED.**

Dated this 29th day of June, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge