IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSHUA FINKEN,<br><br>                Defendant. | **8:22CR262**<br><br>**ORDER** |

      This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Joshua Finken. (Filing No. 55). Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen and the Office of the Federal Public Defender's motion to withdraw (Filing No. 55) was granted (Filing No. 56).

      Andrew J. Wilson, 17525 Arbor Street, Omaha, NE 68130, (402) 934-5500, is appointed to represent Joshua Finken for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide Andrew J. Wilson with the discovery materials provided the defendant by the government and such other materials obtained by Michael J. Hansen which are material to Joshua Finken's defense.

      **IT IS SO ORDERED.**

      Dated this 7th day of July, 2023.

                                                                         BY THE COURT:

                                                                       s/ Michael D. Nelson
                                                                       United States Magistrate Judge