IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR262 |
| vs. | ) | |
| JOSHUA FINKEN, | ) | ORDER |
| Defendant. | ) | |

This matter came before the court on the defendant, Joshua Finken's Unopposed Motion to Continue Trial [98]. Adam J. Sipple recently entered his appearance as defendant's counsel. (Filing No. 100). The government does not object to a continuance of the scheduled trial to allow time to conduct plea negotiations or to otherwise prepare for trial. Under the circumstances, the undersigned magistrate judge finds good cause to grant the motion. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [98] is granted, as follows:

1. The jury trial now set for April 29, 2024, is continued to **July 22, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 24, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge