IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>   v.<br><br>JOSHUA FINKEN,<br><br>                      Defendant. | **8:22CR262**<br><br><br><br>**ORDER** |

      This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 114). A change of plea hearing is scheduled for August 29, 2024. The remaining issues may be resolved without the necessity of a trial. Accordingly,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 114) is granted as follows:

1. The jury trial now set for August 26, 2024, is continued to **September 17, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 17, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 13th day of August 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge