IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>JOSHUA FINKEN,<br><br>          Defendant. | **8:22CR262**<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for a Final Order of Forfeiture (Filing No. 148). The Court has carefully reviewed the record in this case and finds as follows:

     1.     On September 5, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 128) forfeiting defendant Joshua Finken's interest in $17,282 in United States currency seized from the residence at [NUMBER REDACTED] S. 45th Street, Omaha, Nebraska, on September 27, 2022.

     2.     A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 7, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on November 8, 2024 (Filing No. 147).

     3.     The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

     4.     The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 148) is granted.

2. All right, title and interest in and to the $17,282 in United States currency seized from the residence at [NUMBER REDACTED] S. 45th Street, Omaha, Nebraska on or about September 27, 2022, held by any person or entity are forever barred and foreclosed.

3. The $17,282 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with the law.

Dated this 22nd day of November 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge